UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CARY KEISLER, INC., | ) |
|                Plaintiff, | ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** <br> ) **CASE NO. 7:23-CV-568-BO-RJ** |
| PENN NATIONAL SECURITY <br> INSURANCE COMPANY, | ) |
|                Defendant. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant's cross-motion [DE 15] for judgment on the pleadings is GRANTED, and plaintiff's motion [DE 12] for judgment on the pleadings is DENIED.

**This Judgment Filed and Entered on June 9, 2023, and Copies To:**

| | |
|---|---|
| Michele A. Ledo | (via CM/ECF electronic notification) |
| Jordan Nicole Leslie Tenley | (via CM/ECF electronic notification) |
| John Timothy Jeffries | (via CM/ECF electronic notification) |

DATE: June 9, 2023                      PETER A. MOORE, JR., CLERK

                                                      (By) /s/ Stephanie Mann
                                                      Deputy Clerk